```
RICHARD K. DIAMOND (State Bar No. 070634)
rdiamond@dgdk.com
UZZI O. RAANAN (State Bar No. 162747)
uraanan@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Chapter 11 Trustee
R. Todd Neilson
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6  ✗
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EZRI NAMVAR, an individual,<br><br>Debtor.<br><br>_____<br><br>EZRI NAMVAR, an individual,<br><br>Appellant,<br><br>v.<br><br>R. TODD NEILSON, Chapter 11 Trustee for the Estate of Ezri Namvar; COMMITTEE OF UNSECURED CREDITORS; and UNITED STATES TRUSTEE,<br><br>Appelees. | Case No. CV 09-5869 CJC<br><br>Chapter 11<br><br>Bankr. No.: 2:08-bk-32349 BR<br><br>**ORDER DISMISSING APPEAL**<br><br><br><br>[Federal Rule of Bankruptcy Procedure 8001(c)(2)] |

The Court having considered the Stipulation for Dismissal of Appeal, Pursuant to Settlement, filed in the above-captioned case, and good cause appearing, **IT IS HEREBY ORDERED** that this appeal is dismissed with prejudice, with each party to bear its own costs on appeal.

DATED: October 13, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

-1-